**FILED**
CLERK, U.S. DISTRICT COURT

OCT 8, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DF___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME CESAR CORONEL, | Case No. EDCV 12-974-SVW (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M.D. BITER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 8, 2015

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE